# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

      Plaintiff,

                              Case No. 23-CR-46

v.

**CANDICE V. CUNNINGHAM and**
**JOSEPH E. JOHNSON, JR.,**

      Defendants.

---

## ORDER

---

Before the Court is the United States' Motion for Alternative "Crime Victim" Notification Procedures Pursuant to Title 18, United States Code, Section 3771(d)(2). (ECF No. 19.) The motion states that defendant Joseph E. Johnson, Jr. indicated through counsel that he objects to the relief requested in the motion. (ECF No. 19 at 2.) Accordingly, the court ordered that defendant Johnson, Jr. file any objection to the motion by no later than April 14, 2023. (ECF No. 21.)

Having reviewed the United States' motion, and good cause being shown, and having received no objection from defendant Johnson, Jr.:

**IT IS HEREBY ORDERED** that the United States' Motion for Alternative "Crime Victim" Notification Procedures Pursuant to Title 18, United States Code, Section 3771(d)(2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States shall provide any notifications required by Title 18, United States Code, Section 3771(d)(2), to the pool of potential "crime victims" in the above-captioned case via internet website.

**IT IS FURTHER ORDERED** that the United States shall post a link on the United States Department of Justice website, located at https://www.justice.gov/criminal-vns/case/united-states-v-candice-v-cunningham-et-al, that will direct potential "crime victims" to a website under the United States' control that will contain all case-specific notifications required by Title 18, United States Code, Section 3771(d)(2).

Dated at Milwaukee, Wisconsin this 17th day of April, 2023.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge