# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**
                                      **Case No. 23-CR-46**

**CANDICE V. CUNNINGHAM and**
**JOSEPH E. JOHNSON, JR.**
           **Defendants.**

## <u>JURY VERDICT</u>

**COUNT ONE:**

We, the jury, find the defendant, Candice V. Cunningham,

<u>Guilty</u> of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1349.

We, the jury, find the defendant, Joseph E. Johnson, Jr.,

<u>Guilty</u> of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1349.


**COUNT TWO:**

We, the jury, find the defendant, Candice V. Cunningham,

<u>Guilty</u> of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

We, the jury, find the defendant, Joseph E. Johnson, Jr.,

<u>Guilty</u> of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

**COUNT THREE:**
    We, the jury, find the defendant, Candice V. Cunningham,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

    We, the jury, find the defendant, Joseph E. Johnson, Jr.,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

**COUNT FIVE:**
    We, the jury, find the defendant, Candice V. Cunningham,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

    We, the jury, find the defendant, Joseph E. Johnson, Jr.,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

**COUNT SIX:**
    We, the jury, find the defendant, Candice V. Cunningham,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

    We, the jury, find the defendant, Joseph E. Johnson, Jr.,

_Guilty_____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

**COUNT SEVEN:**
We, the jury, find the defendant, Candice V. Cunningham,

*Guilty* _____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

We, the jury, find the defendant, Joseph E. Johnson, Jr.,

*Guilty* _____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

**COUNT EIGHT:**
We, the jury, find the defendant, Candice V. Cunningham,

*Guilty* _____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

We, the jury, find the defendant, Joseph E. Johnson, Jr.,

*Guilty* _____ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1341.

Dated at Milwaukee, Wisconsin, this _26th_ day of February, 2026.